of such proceedings and until his right to legal remedies has been lost by lapse of time."

We therefore conclude that the liability of appellant is for the penalty of the bond, $20,000, with interest at five per cent. per annum from June 7, 1911, when appellee paid the judgment against it of the Ohio and Kentucky Railroad Company, to the present time.

The judgment of the Circuit Court is reversed and judgment entered here for $24,750.

*Reversed and judgment here for $24,750.*

,

---

### Tomasz Narkiewicz, Appellee, v. Valentine Wachowski, Appellant.

### Gen. No. 22,008.    (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. JOHN GIBBONS, Judge, presiding. Heard in this court at the October term, 1915. Affirmed. Opinion filed March 7, 1916. Rehearing denied March 20, 1916. *Certiorari* denied by Supreme Court (making opinion final).

### Statement of the Case.

Action in assumpsit by Tomasz Narkiewicz, plaintiff, against Valentine Wachowski, defendant. From a judgment against him, defendant appeals.

This is a second appeal. The material facts in the case are contained in the decision on the previous appeal. See *Narkiewicz v. Wachowski*, 183 Ill. App. 318.

CHENEY & EVANS, for appellant; WHITE & WILSON, of counsel.

BEACH & BEACH, for appellee.

MR. JUSTICE HOLDOM delivered the opinion of the court.

## Abstract of the Decision.

1. APPEAL AND ERROR, § 1411*—*when verdict on conflicting evidence not disturbed.* A verdict will not be disturbed as against the manifest weight of evidence where the evidence is in sharp conflict and a verdict might have been rendered for a larger sum.

2. TRIAL, § 191*—*when motion to direct verdict properly denied.* A motion to direct a verdict is properly denied where the questions raised are merely those of fact.

3. APPEAL AND ERROR, § 1088*—*what brief must contain.* The Appellate Court will not go to the record to ascertain the facts as to misconduct of counsel for the purposes of reversal where the particular conduct complained of does not appear in appellant's brief.

4. APPEAL AND ERROR, § 1413*—*when verdict not disturbed.* When two juries, as well as two trial judges, have concluded that the plaintiff's claim is meritorious and there is no substantial or prejudicial error apparent in the record, the Appellate Court will not disturb the judgment appealed from.

Oscar Trybon, Defendant in Error, v. August W. Miller, Plaintiff in Error.

Gen. No. 20,528. (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. OSCAR M. TORRISON, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1914. Affirmed on remittitur. Opinion filed March 9, 1916.

## Statement of the Case.

Action by Oscar Trybon, plaintiff, against August W. Miller, defendant, to recover for wages, overtime, and disbursements for car fare and telephone ex-

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.